## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**JEREMY PAUL MIMS**

**PLAINTIFF**

**V.**

**CASE NO. 5:20-CV-05212**

**SHERIFF SHAWN HOLLOWAY;**
**DIRECTOR JERRY BRADSHAW,**
**Arkansas Department of Community**
**Correction ("ACC"); and JOHN DOE 1-**
**2, ACC Officers**

**DEFENDANTS**

## ORDER

Plaintiff Jeremy Paul Mims filed this action pursuant to 42 U.S.C. § 1983 on December 10, 2020. At the time he filed the action, Mims was incarcerated in the Omega Technical Violators Center in Malvern, Arkansas. Mims initially proceeded *pro se* and *in forma pauperis.*

When he filed this case, Mims was specifically advised (Doc. 3) that he was required to immediately inform the Court of any change of address. If Mims was transferred or released, he was told he must advise the Court of any change in his address by no later than thirty (30) days from the time of his transfer to another facility or his release. Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

On December 15, 2020, an Order (Doc. 6) was entered directing service on the Defendants. Thereafter, Mims filed a Motion for Appointment of Counsel (Doc. 9). On

1

January 14, 2021, an Order (Doc. 14) was entered granting the Motion. Attorney Brandon Pickett, a member of the *pro se* appointment panel, was appointed to represent Mims.

On January 28, 2021, and January 29, 2021 (Docs. 17 & 18), mail was returned to the Court as undeliverable with a notation that Mims was no longer at the Omega Technical Violators Center. The returned mail included the Order (Doc. 14) appointing counsel to Mims.

Due to the pendency of a motion to dismiss, the case was temporarily stayed to allow Mims thirty days to provide the Court with a new address. (Doc. 19) More than thirty days have now expired, and Mims has not provided a new address or contacted the Court in any way. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

This dismissal terminates Mr. Pickett's appointment as counsel for Mims. Mr. Pickett is thanked for his service to the Court.

**IT IS SO ORDERED** on this ___ day of March, 2021.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

2